Lena Benke, appellee, v. Peter Heuchtel et al., appellants. Gen. No. 33,687.

Opinion filed March 11, 1930. Rehearing denied March 24, 1930.

Frank J. Link, for appellants. Reeda & Peace, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Leonard L. Bear, appellant, v. John J. Schocket, appellee. Gen. No. 33,765.

Opinion filed March 11, 1930.

William Feldman, for appellant. Norton A. Mergentheim, for appellee; Theodore Sharf, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Robert Branch et al., appellees, v. Isaac A. Thomas et al., appellants. Gen. No. 33,725.

Opinion filed March 11, 1930. Rehearing denied March 24, 1930.

Weightstill Woods, for appellants. Schein & Beckwith and Milton O. Naramore, for appellees; George L. Schein, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Fur Merchants Exchange, Inc., appellee, v. Fur Matching Service, Inc. and Joseph Krammer, appellants. Gen. No. 33,774.

Opinion filed March 11, 1930.

Golan & Hall, for appellants. Max M. and Samuel Grossman, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.